# UNITED STATES DISTRICT COURT
## for the

### District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | Case No: <u>4:03-cr-381-002 (TLW)</u> |
| | ) | USM No: <u>46604-083</u> |
| -versus- | ) | <u>Pro se</u> |
| | ) | Defendant's Attorney |
| **William Jerome Parker** | ) | |
| | ) | |
| Date of Previous Judgment: May 11, 2010 | ) | |
| *(Use Date of Last Amended Judgment if Applicable* | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ <u>the defendant</u>  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is **DENIED** <u>(Docs. # 153, # 155, # 159 & # 161)</u>.  Defendant's sentence after the application of Amendment 706, and prior to any reduction pursuant to Rule 35(b), was the mandatory minimum sentence.

**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:   <u>July 2, 2012</u> | s/ Terry L. Wooten |
| | *Judge's signature* |
| | |
| Effective Date: | Terry L. Wooten, United States District Judge |
| *(if different from above)* | |